1 E. MARTIN ESTRADA
2 United States Attorney
  DAVID M. HARRIS
3 Assistant United States Attorney
4 Chief, Civil Division
  CEDINA M. KIM
5 Assistant United States Attorney
6 Senior Trial Attorney, Civil Division
  PAUL SACHELARI, CSBN 230082
7       Special Assistant United States Attorney
8       Office of Program Litigation, Office 7
        Office of the General Counsel
9       Social Security Administration
        6401 Security Boulevard
10      Baltimore, MD 21235
        Tel: (510) 970-4853
11      Fax: (415) 744-0134
        E-mail: Paul.Sachelari@ssa.gov
12
13 Attorneys for Defendant
14              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
15                   EASTERN DIVISION
16

17 SOPHIA MESTA,                        No.  5:23-cv-02489-SP
18              Plaintiff,
19 v.
                                         JUDGMENT OF REMAND
20 MARTIN O'MALLEY,
21 Commissioner of Social Security,
22              Defendant.
23
24
25
26
27
28

1      The Court having approved the parties' Stipulation to Remand Pursuant to

2  Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged concurrent

3  with the lodging of the within proposed Judgment of Remand, **IT IS HEREBY**

4  **ORDERED, ADJUDGED AND DECREED** that the above-captioned action is

5  remanded to the Commissioner of Social Security for further proceedings consistent

6  with the Stipulation to Remand.

7  DATED: June 12, 2024        _____

8                HON. SHERI PYM
                   UNITED STATES MAGISTRATE JUDGE

9